PENNSYLVANIA STATE ASSOCIA-
TION OF JURY COMMISSIONERS
and Larry A. Thompson, President
Pennsylvania State Association of
Jury Commissioners and Elected Jury
Commissioner in Butler County and
Martha S. Smith, Duly Elected Jury
Commissioner of Chester County and
Mary Jane Dellafiora, Duly Elected
Jury Commissioner for Indiana Coun-
ty and G. Richard Zimmerman, Duly
Elected Jury Commissioner for Wash-
ington County, Appellants,

v.

COMMONWEALTH of Pennsylvania
and Honorable Thomas Corbett, Gov-
ernor of Pennsylvania and Honorable
Kathleen Kane, Attorney General of
Pennsylvania, Appellees.

County Commissioners Association
of Pennsylvania, Intervenor.

Supreme Court of Pennsylvania.

April 18, 2013.

### ORDER

PER CURIAM.

AND NOW, this 18th day of April, 2013,
the Order of the Commonwealth Court is
AFFIRMED.

COMMONWEALTH of Pennsylvania,
Appellant

v.

Gavin Lloyd COBB, Appellee.

Supreme Court of Pennsylvania.

Argued April 9, 2013.
Decided April 18, 2013.

Cynthia Ann Gilkey, Esq., Mercer Coun-
ty District Attorney's Office, for Appellant.

Stephanie Elizabeth Lombardo, Esq.,
York County District Attorney's Office for
Appellant Amicus Curiae.

Tedd Christopher Nesbit, Esq., for Ap-
pellee.

Before: CASTILLE, C.J., SAYLOR,
EAKIN, BAER, TODD, McCAFFERY,
ORIE MELVIN, JJ.

### ORDER

PER CURIAM.

AND NOW, this 18th day of April, 2013,
the order of the Superior Court is hereby
AFFIRMED.

Madame Justice Orie Melvin did not
participate in the consideration or decision
of this case.

Ronald E. DEHOFF, Petitioner

v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW (ESAB
Group, Inc.), Respondent.

Supreme Court of Pennsylvania.

April 19, 2013.

298

## ORDER

PER CURIAM.

AND NOW, this 19th day of April 2013, the Petition for Allowance of Appeal is GRANTED, the Commonwealth Court's decision is VACATED and the matter is REMANDED for reconsideration in light of *Diehl v. UCBR (ESAB Group, Inc.),* —— Pa. ——, 57 A.3d 1209 (2012).

**Michael J. DONNELLY, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (ESAB Group, Inc.), Respondent.**

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

AND NOW, this 19th day of April 2013, the Petition for Allowance of Appeal is GRANTED, the Commonwealth Court's decision is VACATED and the matter is REMANDED for reconsideration in light of *Diehl v. UCBR (ESAB Group, Inc.),* —— Pa. ——, 57 A.3d 1209 (2012).

**COMMONWEALTH of Pennsylvania, ex rel. Wilmer B. GAY, Petitioner**

v.

**Tab BICKLE, Superintendent at SCI–Huntingdon, et al., Respondents.**

**No. 5 EM 2013.**

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

AND NOW, this 19th day of April, 2013, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus, the "Motion to Make Service of Process on the Respondents Pursuant to 42 Pa.C.S. § 6504," and the Application for an Immediate Hearing are DENIED.

**Joseph C. LAWRENCE, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (ESAB Group, Inc.), Respondent.**

Supreme Court of Pennsylvania.

April 19, 2013.